

Illustration B

Approximate layout of lower level of the entire athletic complex