Peter H. Barlow, #7808
Nancy A. Mismash, #6615
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, Utah  84070
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pbarlow@strongandhanni.com
nmismash@strongandhanni.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| KATHLEEN J. HOENIG and FRANCES K. MEJIA,<br><br>       Plaintiffs,<br><br>vs.<br><br>NORTHWEST NAZARENE UNIVERSITY, STEVE STEELE, TALYS JURDANA, CHLOE DEHARO, KENDALL CLARK, KATE CLARK, SHAWNACEE DAVIS, DANIKA STARR, SADI CLEMONS, HALLEE SCHELHAAS, ELLIETT LEE, RYLIE EDLEFSEN, LOY WAID, MADELINE GERBERS, ALY HERBER, BEAUX BRUEGMAN, JENE WELLS, HILLARY JAMES, and JOHN DOE,<br><br>       Defendants. | **ORDER OF DISMISSAL OF DEFENDANT HALLEE SCHELHAAS WITHOUT PREJUDICE**<br><br>Case No. 2:25-cv-00519<br><br>Magistrate Judge Daphne A. Oberg |
|---|---|

Based on the Stipulated Motion for Dismissal of the Plaintiffs and Defendants, through counsel, and good cause appearing, now, therefore; IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and all claims contained therein or arising therefrom, whether alleged or not alleged, pleaded or not pleaded, against Defendant Hallee Schelhaas only

are hereby dismissed, without prejudice. This Order of Dismissal does not affect any claims by the Plaintiffs against any other Defendant. Each party to bear their own costs and fees.

SO ORDERED this _____ day of July, 2025.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg